583 A.2d 304

MARIE ABBOUD v. DOMINICK VISCOMI, D.D.S.

January 17, 1990.

Petition for certification denied.

583 A.2d 304

THOMAS FENERAN v. LIVIA FENERAN.

January 17, 1990.

Petition for certification denied.

583 A.2d 304

GREGORY H. MULLERY v. IRIS FARMS, INC.

and

EQUUS REALTY, INC. AND NORMAN
DAUPLAISE v. JOHN DOE.

January 17, 1990.

Petition for certification denied.

583 A.2d 305

STATE OF NEW JERSEY v. LARON MOSES.

January 17, 1990.

Petition for certification denied.